### 375. LOUISVILLE & NASHVILLE RAILROAD CO. *v.* WARFIELD & LEE.

POWELL, J. The decision of the Supreme Court upon the questions certified by this court in this case (129 *Ga.* 473, 59 S. E. 234) settles the only doubtful question presented by the record. There was no error in overruling the demurrer or in refusing a new trial on any of the grounds presented. *Judgment affirmed.*

Attachment, from city court of Macon—Judge Hodges. February 23, 1907.

Argued June 19,—Decided December 9, 1907.

*Hardeman & Jones,* for plaintiff in error.

*Joseph H. Hall, Warren Roberts,* contra.